UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 25- 1046 |
| $24,959.93 IN UNITED STATES CURRENCY, More or less, | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above captioned defendant for violations of 18 U.S.C. §§ 1343, 1344, 1956(a)(1)(B)(i), and 1957(a).

## THE DEFENDANT IN REM

2. The defendant property consists of approximately $24,959.93 in United States currency, more or less, that was seized from Central National Bank business account xxxx7085 on or about January 24, 2022. The currency is currently in the custody of the United States Secret Service.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. ' 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) and (b)(2), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

5. The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it is property which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1343 and 1344.

6. The defendant property is also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it constitutes property used or involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1957(a).

7. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be

awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

_____
SCOTT L. ANDERSON
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
Ks. S. Ct. No. 26095

## DECLARATION

I, Terry Johnson, Special Agent, United States Secret Service in the District of Kansas have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of March, 2025

Terry Johnson
Special Agent
United States Secret Service